HUDSON VALLEY FEDERAL CREDIT UNION, Appellant, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents.

Submitted January 3, 2012; decided January 5, 2012

Reported below, 85 AD3d 415.

Motion by Credit Union Association of New York et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

HUDSON VALLEY FEDERAL CREDIT UNION, Appellant, v NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE et al., Respondents.

Submitted January 3, 2012; decided January 5, 2012

Reported below, 85 AD3d 415.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMIL BEST, Appellant.

Submitted December 12, 2011; decided January 5, 2012

Reported below, 31 Misc 3d 141(A).

Motion for assignment of counsel granted and Kent V. Moston, Esq., Legal Aid Society of Nassau County, One Helen Keller Way, Hempstead, New York 11550 assigned as counsel to the appellant on the appeal herein.